Docket No. 13-2219

IN THE UNITED STATES COURT OF

APPEALS FOR THE FOURTH CIRCUIT

United States *ex rel.* Michael K. Drakeford, M.D. ........................... Appellee,

v.

Tuomey Healthcare System, Inc. ............................................................ Appellant.

_____

Pursuant to Rule 30(c) F.R.A.P. and Fourth Circuit Local Rule 30(b), Defendant-Appellant Tuomey Healthcare System, Inc., designates the following material for inclusion in the Deferred Appendix:

| DKT. NO. | DESCRIPTION, INCLUDING SELECTED PAGES if APPLICABLE |
|---|---|
| N/A | Docket Sheet |
| Dkt. 1 | Complaint |
| Dkt. 59 | Amended Complaint |
| Dkt 151 | Second Amended Complaint of the United States |
| Dkt. 488 | Deposition of Kevin G. McAnaney |
| Dkt. 490 | Deposition of Gregg Martin |
| Dkt. 504 | Jury Verdict |

| Dkt 516 | Motion for JNOV or Alternatively for New Trial by USA |
| --- | --- |
| Dkt. 524 | Response in Opposition to Motion for JNOV or Alternatively for New Trial by Tuomey |
| Dkt 525 | Response in Opposition to Motion for JNOV or Alternatively for New Trial on the False Claims Act Cause of Action |
| Dkt. 527 | Reply to Response to Motion re:516 |
| Dkt. 532 | Defendant's Exhibit List from June 3, 2010 Motions Hearing with attachments 1 and 2 |
| Dkt. 533 | Transcript of hearing held on June 3, 2010 |
| Dkt. 534 | Tuomey's objection to proposed orders |
| Dkt. 535 | United States Reply to Objections to proposed orders |
| Dkt.536 | Defendant's Reply to Government's Reply to Objections to proposed orders |
| Dkt. 539 | United States Reply to Defendant's Reply to Government's Reply to proposed orders |
| Dkt. 540 | Defendant's Status Report |
| Dkt. 542 | Order Granting Government's Motion for NewTrial |
| Dkt. 543 | Order Granting United States Motion for Judgment on Common Law Claims |
| Dkt. 544 | Judgment |
| Dkt. 545 | Transcript of Hearing of July 13, 2010 |
| Dkt. 546 | Notice of Appeal |
| Dkt. 552 | Motion for Certificate of Appealability |
| ECF 2 | Petition For Permission to Appeal filed in App. No. 10-254 |

| ECF 20 | Fourth Circuit Order denying petition to appeal in App. No. 10-254 |
|---|---|
| Dkt 561 | <u>March 4, 2010 Trial Transcript</u><br>pp.1-103 |
| Dkt. 562 | <u>March 5, 2010 (Dkt 562)</u>:<br><br>p. 104-231 |
| Dkt. 563 | <u>March 8, 2010 (Dkt 563)</u>:<br><br>p. 232-367<br>p. 239, ll. 21-25<br>p. 240, ll. 4-17<br>p. 250, l. 13 - p. 251, ll. 1-8, 22-25<br>p. 252, l. 7 - p. 253, l. 6<br>p. 329, l. 20 - p. 337, l. 8<br>p. 337, l. 17 - p. 340, l. 25<br>p. 347, ll. 1-8, 12-25<br>p. 348, ll. 1-23<br>p. 349, ll. 2-10 |
| Dkt. 564 | <u>March 9, 2010 Trial Transcript</u><br><br>p. 368-564<br>p. 482, l. 19 - p. 483, l. 6<br>p. 483,ll. 15-16, 25<br>p. 484, ll. 1-5<br>p. 486, ll. 6-9<br>p. 487, l. 24 - p. 488, l. 2<br>p. 491, l. 18 - p. 492, l. 7<br>p. 498, l. 9 - p. 500, l. 9<br>p. 503, l. 23 - p. 504, l. 11<br>p. 509, ll. 4-16<br>p. 515, l. 22 - p. 516, l. 17 |

|  | p. 517, ll. 7-11<br>p. 519, ll. 14-22<br>p. 531, ll. 18-19; 22 - p. 536, l. 2<br>p. 536, l.22 - p. 538, l. 9<br>p. 538, l. 17 - p. 539, l. 6<br>p. 540, ll. 1-11<br>p. 544, ll. 6-18<br>p. 550, l. 17 - p. 551, l. 8<br>p. 558, ll. 10-16 |
|---|---|
| Dkt. 565 | <u>March 10, 2010 Trial Transcript</u><br>p. 565-749<br>p. 572, l. 17 - p. 573, l. 12<br>p. 576, ll. 16-19<br>p. 593, ll. 1-14<br>p. 594, ll. 18-24<br>p. 644, ll. 2-15<br>p. 649, ll. 9-17<br>p. 653, ll. 3-8, 20-25<br>p. 654, l. 4 - p. 655, l. 20<br>p. 671, l. 19 - p. 672, l. 15<br>p. 731, l. 22 - p. 733, l. 23<br>p. 734, l. 23 - p. 735, l. 1<br>p. 735, l. 6 - p. 736, l. 18<br>p. 737, ll. 5-11<br>p. 741, ll. 3-9<br>p. 735, l. 6 - p. 736, l. 18<br>p. 737, ll. 5-11<br>p. 741, ll. 3-9 |
| Dkt. 566 | <u>March 11, 2010 Trial Transcript</u><br><br>p. 750-884<br>p. 776, ll. 19-21, 24 - p. 777, ll. 3, 11-16<br>p. 778, ll. 16-18<br>p. 779, l. 19 - p. 780, l. 9 |

|  | p. 791, l. 20 - p. 792, ll. 6, 14-18<br>p. 793, ll. 2-10 |
|---|---|
| Dkt. 567 | March 12, 2010 Trial Transcript<br><br>p. 885-986<br>p. 912, l. 12, ll. 16-19<br>p. 926, l. 23 - p. 927, l. 10<br>p. 935, l. 25 - p. 936, l. 7<br>p. 962, ll. 20-25<br>p. 964, ll. 3-6, 15 - p. 965, l. 24<br>p. 966, l. 24 - p. 967, l. 3<br>p. 967, ll. 23-25<br>p. 970, ll. 9-16 |
| Dkt. 568 | March 15, 2010 Trial Transcript<br><br>p. 987-1180<br>p. 1030, ll. 15-20<br>p. 1033, l. 7, ll. 20-24<br>p. 1034, l. 7 - p. 1035, l. 2<br>p. 1035, l. 15 - p. 1036, l. 7<br>p. 1071, ll. 14-16<br>p. 1072, l. 20 - p. 1073, l. 8<br>p. 1073, l. 14 - p. 1074, l. 21<br>p. 1075, ll. 4-12, 18-19, 22-25<br>p. 1076, ll. 1-5<br>p. 1077, l. 1 - p. 1079, l. 12<br>p. 1086, ll. 1-9<br>p. 1099, ll. 12-24<br>p. 1118, ll. 18 - p. 1119, l. 16<br>p. 1119, l. 20 - p. 1121, ll. 4, 12-14, 19-23<br>p. 1122, ll. 2-7<br>p. 1124, l. 25<br>p. 1125, ll. 4-21<br>p. 1126, ll. 1-7, 15 - p.1127, l. 1<br>p. 1127, ll. 6-10 |

|  | p. 1128, ll. 11-17<br>p. 1129, ll. 19, 21-24<br>p. 1149, ll. 6-10<br>p. 1155, ll. 21-22, 25<br>p. 1156, ll.2-8, 12-21<br>p. 1160, l. 13 - p. 1161, l. 6<br>p. 1161, l. 20 - p. 1162, l. 8<br>p. 1166, l. 2, l. 21 - p. 1167, l. 24<br>p. 1168, ll. 10-15<br>p. 1171, ll. 11 - p. 1172, l. 7, ll. 13-16<br>p. 1172, ll. 5-7<br>p. 1174, ll. 11-24<br>p. 1175, ll. 8-14<br>p. 1177, ll.7-17 |
|---|---|
| Dkt. 569 | <u>March 16, 2010 Trial Transcript</u><br><br>p. 1181-1308<br>p. 1201, ll. 7-11<br>　　　p. 1204, l. 24 - p. 1205, l. 14<br>p. 1211, ll. 14-15<br>p. 1216, ll. 21-25<br>p. 1227, ll. 1-14<br>p. 1234, ll. 9-15<br>p. 1235, ll. 8-22<br>p. 1236, l. 16 - p. 1237, l. 15<br>p. 1237, l. 25 - p. 1241, l. 24<br>p. 1242, ll. 9-20<br>p. 1244, ll. 10-21<br>p. 1246, l. 16 - p. 1248, l. 4<br>p. 1251, ll. 7-16<br>p. 1252, l. 10 - p. 1253, ll. 17<br>p. 1254, ll. 5-25<br>p. 1256, l. 21 - p. 1257, l. 8<br>p. 1257, ll. 12-14<br>p. 1265, l. 5 - p. 1267, l. 25<br>p. 1272, ll. 7-9, l. 16 - p.1273, l. 4, l. 13 |

|  | p. 1275, ll. 17-20<br>p. 1277, l. 1 - p. 1279, l. 5<br>p. 1279, l. 10 - p. 1280, l. 18<br>p. 1280, ll. 10-18<br>p. 1281, ll. 20-22<br>p. 1303, ll. 11-21 |
|---|---|
| Dkt. 570 | <u>March 17, 2010 Trial Transcript</u><br><br>p. 1309-1480<br>p. 1332, l. 17 - p. 1333, l. 11<br>p. 1333, ll. 9-5<br>p. 1336, ll. 6-21<br>p. 1355, ll. 11-12, 16 - p. 1356, l. 5<br>p. 1356, l. 10 - p. 1359, l. 7<br>p. 1360, ll. 2-8<br>p. 1363, l. 6 - p. 1364 l. 6<br>p. 1364, ll. 12-17, 21 - p. 1366, l. 16<br>p. 1366, l. 20 - p. 1369, l. 9<br>p. 1369, ll. 15-24<br>p. 1371, ll. 6-14<br>p. 1372, l. 25 - p. 1373, l. 5<br>p. 1376, ll. 19-25<br>p. 1378, ll. 12-24<br>p. 1379, l. 12 - p. 1380, l. 1<br>p. 1380, l. 21 - p. 1381, l. 8<br>p. 1381, l. 25 - p. 1382, l. 4<br>p. 1385, l. 20 - p. 1386, l. 2<br>p. 1389, ll. 9-16<br>p. 1396, ll. 7-19<br>p. 1406 l. 16 - p. 1407, l. 19<br>p. 1427, ll. 2-11<br>p. 1432, l. 20 - p. 1433, l. 5<br>p. 1437, ll. 10-16<br>p. 1438, l. 19 - p. 1439, l. 7 |

| Dkt. 571 | March 18, 2010 Trial Transcript<br><br>p. 1481-1687<br>p. 1483, ll. 13-17, 21 - p. 1485, l. 3<br>p. 1485 l. 13 - p. 1487, l. 3<br>p. 1488, l. 5 - p. 1489, l. 9<br>p. 1490, ll. 10 - p. 1492, ll. 7, 12-20<br>p. 1493, ll. 16-17<br>p. 1494, l. 12 - p. 1496, l. 25<br>p. 1497, ll. 7-15<br>p. 1498, l. 2 - p. 1500, l. 25<br>p. 1501, ll. 1-5, 9-16<br>p. 1502, ll. 6-7, 12-13, 23 - p. 1504, l. 3<br>p. 1504, ll. 12-17<br>p. 1505, ll. 8-23<br>p. 1506, ll. 6-24<br>p. 1510, l. 16 - p. 1513, l. 2<br>p. 1514, l. 10 - p. 1515, l. 5<br>p. 1525, l. 8 - p. 1528, l. 4<br>p. 1531, ll. 2-13<br>p. 1533, ll. 12-24<br>p. 1536, ll. 1-5<br>p. 1547, l. 12 – p. 1548 l. 24<br>p. 1552, ll. 1-19<br>p. 1563, l. 8 – p. 1564, l. 17<br>p. 1587, l. 25 – p. 1589, l. 7<br>p. 1670, ll. 18, 20 – p. 1672, l. 24<br>p. 1682, ll. 13-23<br>p. 1683, ll. 2-4 |
|---|---|
| Dkt. 572 | March 19, 2010 Trial Transcript<br><br>p. 1688-1743 |
| Dkt. 573 | March 22, 2010 Trial Transcript<br><br>p. 1744-1848 |

| | |
|---|---|
| | p. 1746, ll. 9-11<br>p. 1749, ll.9-21<br>p. 1806, ll. 23 - p. 1807, l. 17<br>p. 1807, l. 25 - p. 1808, l. 17<br>p. 1809, l. 1 - p. 1810, l. 15<br>p. 1811, l. 1 - p, 1812, l. 4<br>p. 1832, l. 21 - p. 1833,l. 1<br>p. 1835,l. 14 - p. 1836, l. 11<br>p. 1845, l. 21 - p. 1846, l. 2<br>p. 1846, ll. 12-24 |
| Dkt. 574 | March 25, 2010 Trial Transcript<br><br>p. 1849-2014<br>p. 1851,l. 15 - p. 1853, l. 12<br>p. 1853,  l. 22 - p. 1855, l. 6<br>p. 1857, l. 15 - p. 1858, l. 2<br>p. 1859, ll. 8-13<br>p. 1860, ll. 17-23<br>p. 1861, l. 1 - p. 1862, l. 24<br>p. 1866, ll. 3-7<br>p. 1868, ll. 5-25<br>p. 1869, l. 15 - p. 1870, l. 4<br>p. 1874, l. 1 - p. 1875, l. 16<br>p. 1876, ll. 15-22<br>p. 1877, l. 1 - p. 1887, l. 15<br>p. 1889, ll. 15-21<br>p. 1890, l. 1 - p. 1894, l. 22<br>p. 1895, l. 3 - p. 1897, l. 7<br>p. 1897 l. 20 - p. 1899, l. 5<br>p. 1899, l. 12 - p, 2008, l. 14<br>p. 2009, l. 16 - p. 2010, l. 5<br>p. 2012, l. 9 - p. 2014, l. 8 |
| Dkt. 575 | March 26, 2010 Trial Transcript |

|  | p. 2015-2133<br>p. 2073, l. 13 - p. 2102, l. 20<br>p. 2103, l. 21 - p. 2105, l. 14<br>p. 2106, l. 9 - p. 2108, l. 1<br>p. 2108, l. 18 - p. 2110, l. 9<br>p. 2111, ll. 12-19<br>p. 2114, l. 23 - p. 2128, l. 2<br>p. 2129, l. 11 - p. 2131, l. 16<br>p. 2132, ll. 16-19 |
|---|---|
| Dkt. 576 | <u>March 29, 2010 Trial Transcript</u><br><br>p. 2134-2141<br>p. 2137, l. 18 - p. 2138, l. 8 |
| Dkt. 580 | Order granting motion for new trial |
| Dkt. 657 | US Objections to Pre-trial Disclosures |
| Dkt. 665 | Motion in Limine to Exclude Evidence of Intent byTuomey |
| Dkt. 667 | Motion In Limine as to Measure of Damages by Tuomey |
| Dkt. 671 | Motion In Limine re: Ruben Steck by Tuomey |
| Dkt. 687 | Response in Opposition to US Motion in Limine Concerning the Number and Value of Claims Data |
| Dkt. 698 | Reply to Response to Motion in Limine Regarding Ruben Steck |
| Dkt. 699 | Reply in Response to Motion in Limine as to Measure of Damages Under FCA |
| Dkt. 700 | Reply in Response to Motion in Limine to Exclude Evidence of Intent |
| Dkt. 737 | Transcript of Motions Hearing Held on 01-15-13 |
| Dkt. 761 | Transcript of Motions Hearing and Pretrial Charge Conference |

| Dkt. 763 | Order on Jury Instructions |
| --- | --- |
| Dkt. 788 | Deposition of Fred Rooke |
| Dk. 789 | Deposition of Troy Barsky |
| Dkt. 798 | Supplemental Rule 26 Disclosures by US |
| N/A | Joint Proposed Jury Instructions with Incorporated Objections |
| N/A | Defendant's Modified Request to Charge No. 8a, with supporting memorandum |
| Dkt. 810 | Jury Instructions |
| Dkt.811 | Jury Note |
| Dkt. 813 | Jury Verdict |
| Dkt. 818 | Motion for Damages and Penalties under the FCA |
| Dkt. 823 | Defendant's Second Motion for Summary Judgment and/or Judgment as a Matter of Law on Government's Equitable Claims |
| Dkt. 824 | Motion to Require Election of Remedies by Tuomey |
| Dkt. 825 | Defendant's Response in Opposition to Government's Motion for Damages and Penalties under the False Claims Act |
| Dkt. 826 | Motion for Judgment as a Matter of Law on Counts IV and V of the Second Amended Complaint |
| Dkt. 827 | Motion for Judgment as a Matter of Law or in the Alternative for new Trial by Tuomey |
| Dkt. 838 | Response in Opposition to Motion for Judgment as a Matter of Law on Counts IV and V of the Second Amended Complaint |
| Dkt. 856 | Reply to Response to Motion to Require Election of Remedies |
| Dkt 863 | <u>April 18, 2013 Trial Transcript</u><br>p.403, l. 18 – p.438, l. 7 |

|  | p. 444, l.2- p. 571, l. 15 |
|---|---|
| Dkt. 864 | April 19, 2013 Trial Transcript<br>p. 577, l. 7 – p. 588, l. 1<br>p. 619, l. 5 – p. 627, l. 15<br>p. 629, l. 21- p. 635, l. 13<br>p. 638, l.10 – p. 693, l.5<br>p. 699, ll. 14-21<br>p. 700, l. 20 – p. 704, l. 2<br>p. 706, l. 15 – p. 716, l. 18<br>p. 732, ll. 17- p. 738, l. 19<br>p. 757, l. 2 – p. 760, l. 25<br>p. 762, l. 15 – p. 764, l. 9<br>p. 775, l. 25 - p. 782, l. 20 |
| Dkt. 865 | April 22, 2013 Trial Transcript<br><br>p. 820, ll. 6-25<br>p. 831, l. 14 – p. 834, l. 2<br>p. 844, l. 22 – p. 896, l. 20<br>p. 921, l. 6 – p. 923, l. 14<br>p. 926, l. 18 – p. 927, l. 23<br>p. 936, l. 15 – p. 937, l. 23<br>p. 946, l. 8 – p. 968, l. 3<br>p. 974, l. 5 – p. 986, l. 6 |
| Dkt. 866 | April 23, 2013 Trial Transcript<br><br>p. 1049, l. 9 – p. 1053, l. 9<br>p. 1120, l. 13 – p, 1122, l. 2<br>p. 1153, l. – p. 1154, l. 3<br>p. 1161 ll. 10-23 |
| Dkt. 867 | April 24, 2013 Trial Transcript<br><br>p. 1287, l. 6 – p. 1339, l. 2<br>p. 1341, l. 11 – p. 1406, l. 17<br>p. 1408, l. 23 – p. 1409, l. 5 |

| | |
|---|---|
| Dkt. 868 | <u>April 29, 2013 Trial Transcript</u><br>p. 1420, l. 19 – p. 1486, l. 23<br>p. 1595, l. 1 – p. 1645, l. 11 |
| Dkt. 869 | <u>April 30, 2013 Trial Transcript</u><br>p. 1682, l. 4 – p. 1699, l. 9<br>p. 1703, l. 1 – p. 1763, l. 25 |
| Dkt. 870 | <u>May 2, 2013 Trial Transcript</u><br>p. 1764, l. 1 – p. 1860, l. 2 |
| Dkt. 871 | <u>May 3, 2013 Trial Transcript</u><br>p. 1963, l. 10 – p. 2025, l. 23<br>p. 2026, l. 5 – p. 2122, l. 13 |
| Dkt. 872 | <u>May 6, 2013 Trial Transcript kt 872)</u><br>p. 2132, l. 19 – p. 2192, l. 3<br>p. 2237, l. 12 – p. 2259, l. 20 |
| Dkt. 873 | <u>May 7, 2013 Trial Transcript</u><br>p. 2327-p.2333<br>p.2398-p.2396 |
| Dkt. 874 | <u>May 8, 2013 Trial Transcript</u><br>p.2504, l.14-2555,l.13 |
| Dkt. 881 | Order and Opinion granting Motion for Damages; denying without prejudice Motion for Summary Judgment; denying without prejudice Motion to Require Election of Remedies; denying without prejudice Motion for Judgment as a Matter of Law; denying Motion for Judgment as a Matter of Law; denying Motion for New Trial |
| Dkt. 882 | Judgment |
| Dkt. 883 | Notice of Appeal |
| Dkt.884 | Motion to Amend/Correct Judgment |

| Dkt. 886 | Amended Order and Opinion |
| Dkt. 887 | Amended Judgment |
| Dkt. 889 | Amended Notice of Appeal |

**Trial Exhibits:**

| Exh. No. | Exhibit Description |
|---|---|
| P27 | Physician Employment Agreement for Henry Moses, M.D., Amendment to Physician Employment Agreement for Henry Moses, M.D. |
| P33 | Physician Employment Agreement for Scott McDuffie, M.D. |
| P36 | Physician Employment Agreement for James Goodson, M.D. |
| P39 | Physician Employment Agreement for Samuel Riddle, M.D. |
| P46 | OSC/ASC 8/27/03 transcript |
| P47 | Net Present Value Spreadsheet (A246-A248) |

| Exh. No. | Exhibit Description |
|---|---|
| P53 | PowerPoint Presentation: Part-Time Employee Compensation Plans for Outpatient Surgical Specialties 6/15/04 A268-A280 |
| P78 | 9/5/05 Letter from Tim Hewson to Greg Smith (SA278-SA279) |
| P84 | 12/08/03 email from Kim Saccone to Time Hewson SA308 |
| P99A | Letter to Tim Hewson dated 1/20/2004 from Richard P. Kusserow |
| P117 | 5/6/05 Letter from Kevin McAnaney to Jay Cox and Dr. Mike Drakeford re: Legal Services Engagement |
| P124 | 5/14/13 Letter from Cynthia Hutto to Tim Hewson re: Tuomey Gastroenterology Associates, LLC Physician Employment Agreement |
| P148 | 7-19-05 Letter from Drakeford, Stroebel and Ford to Jay Cox re: response to 7/8/05 Letter of Intent, Meeting with board |

| Exh. No. | Exhibit Description |
|---|---|
| P156 | July 28, 2005 Letter fro James Wilson and Jay Cox to Drakeford, Ford, Stroebel re: Your July 19, 2005 Response to July 8, 2005 Letter of Intent MD |
| P176 | Tuomey Healthcare Services (Non-Profit Corporation) Organizational Chart |
| P242B | Tuomey Healthcare System Executive Session May 22, 2006 |
| P290 | Cost Report Certification dated 2/21/06 |
| P291 | Cost Report Certification dated 2/27/07 |
| P292 | Cost Report Certification dated 3/9/09 |
| P424 | 1/19/04 Outpatient Surgery Advice Counsel Audio (enhanced) |
| P426 | 1/19/04 Outpatient Surgery Advice |
| P427 | 1-19-04 Outpatient Surgery Advice Counsel Transcript (part1) |
| P431 | February 23, 2004 Board of Trustees Meeting Minutes |

| Exh. No. | Exhibit Description |
|---|---|
| P437 | August 27, 2004 OSC/ASC Meeting Audio (Enhanced) |
| P442 | December 6, 2004 Board Meeting Minutes |
| P461 | July 25, 2005 Board Meeting Audio (Enhanced)(1 of 3) |
| P466 | July 25, 2005 Board Meeting Transcript |
| P530 | Spreadsheets |
| P559 | December 8, 2004 Memorandum from Gregg Margin to Tuomey Board of Trustees re: Tuomey Medical Services, LLC |
| D59 | 1/28/04 Email from Hewson to Martin and Watkins forwarding Memo from Tuomey Admin to Board re: Development of Tuomey Gastro |
| D204 | 7/25/05 Pratt (Hall Render) Opinion letter to Jay Cox |
| D232 | 9/20/05 Pratt (Hall Render) Opinion letter to Jay Cox |
| D350 | Medicare Claims Processing Manual Chapter 26, section 10.4 |

| Exh. No. | Exhibit Description |
|---|---|
| D351 | Medicare Claim Form UB-92 and Instructions |
| D352 | Medicare Claim Form UB-04 and Instructions |
| D419 | Federal Register Provision |
|  |  |

Federal Rule of Appellate Procedure 30(b) encourages the parties to work cooperatively when deermining the contents of the joint appendix. To that end, Tuomey hereby notifies the government that it reserves the right to make additional designations to the joint appendix, and recognizes the government's right to make additional, responsive designations. Tuomey will serve any additional designations no later than fourteen (14) days before the date of filing of the joint appendix. Furthermore, Tuomey will remove any designated material that is determined unnecessary following service of Appellees response brief, their additional designations, and prior to finalizing the Deferred Joint Appendix.

Respectfully submitted,

By: *s/ James M. Griffin*
James M. Griffin
Margaret N. Fox
A. Camden Lewis
LEWIS, BABCOCK & GRIFFIN, L.L.P.
PO Box 11208
Columbia, SC 29211
(803) 771.8000

E. Bart Daniel
Seven State Street
Charleston, SC 29401
(843) 722.2000

Daniel M. Mulholland III
HORTY, SPRINGER & MATTERN, P.C.
4614 Fifth Avenue
Pittsburgh, PA 15213
(412) 687.7677

Attorneys for Appellant Tuomey
Healthcare System, Inc.

December 3, 2013
Columbia, SC

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 3thday of December, 2013, I caused this Designation to be filed electronically with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Counsel for United States:
Tracy Hilmer
Norman Acker

Counsel for Michael Drakeford
Sandra Miller
Kevin Barth

/s/ James M. Griffin
Counsel for Appellant