Docket No. 13-2219

IN THE UNITED STATES COURT OF

APPEALS FOR THE FOURTH CIRCUIT

United States *ex rel.* Michael K. Drakeford, M.D. ..........................Appellee,

v.

Tuomey Healthcare System, Inc. ............................................................Appellant.

ON APPEAL FROM THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF SOUTH CAROLINA

———————————————————

**MOTION FOR WORD LIMIT INCREASE
PURSUANT TO LOCAL RULE 32(b)**

———————————————————

Appellant Tuomey Healthcare System, Inc., ("Tuomey"), moves this Court for a word limit increase of its Reply Brief to be submitted in the above-captioned case pursuant to Local Rule 32(b).  In support thereof, Tuomey states as follows:

1. Pursuant to Local Rule 32(b), briefs should not exceed the limits set forth in Federal Rule of Appellate Procedure 32(a)(7) without the Court's advance permission.

2. The current matter involves an extensive procedural history consisting of six years of litigation, two separate trials, and a prior petition (No. 10-254) and appeal (Case No. 10-1819) to this Court.

3. This appeal involves:

   a. A judgment of approximately One Quarter of a Billion Dollars against a non-profit community hospital;

   b. Complex legal and factual issues requiring the application of the Physician Self-Referral Law ("Stark Law");

   c. Numerous issues of first impression regarding the Government's use of the False Claims Act to seek "damages" and penalties for alleged Stark Law regulatory violations;

   d. The trial court's decision to vacate the jury's verdict in the first trial and enter judgment for the Government on its equitable claims, and therefore requires an extensive review and analysis of trial evidence consisting of approximately 2,000 pages of trial transcript and over 100 exhibits; and

   e. Challenges to the evidentiary basis for the jury's verdict in the second trial and, therefore, requires an extensive review and analysis of trial evidence consisting of approximately 2,500 pages of trial transcript and more than 200 exhibits.

4. This Court previously extended the word limits for principal briefs under Rule 32(a)(7)(B)(i) from 14,000 to 25,000 words. [Dkt. 23]

5. Under Rule 32(a)(7)(B)(ii) a reply brief is acceptable if it contains no more

than half of the type volume specified in Rule32(a)(7)(B)(i).

6. Appellant is requesting an extension of the word limit to 10,000 words, which is less than half of the word limit of the extended word limit for the principal briefs.

7. The limits set forth in FRAP 32(a)(7) are not adequate to fully respond to the arguments raised in the Government's Opening Brief [Dkt. 31].

Accordingly, Appellant requests a word limit increase to 10,000 words for Appellant's Reply Brief. Counsel for Appellant will make every effort to keep its arguments concise. Pursuant to Local Rule 27(a), counsel for Appellant has consulted with counsel for all parties concerning this motion and been informed that the Appellees take no position on Tuomey's Motion to extend the length of the Reply Brief.

Wherefore, the Appellant requests that this Honorable Court grant its request to increase the word limit for Appellant's Reply Brief to 10,000 words.

Respectfully submitted,

By:    *s/ James M. Griffin*
       James M. Griffin
       Margaret N. Fox
       A. Camden Lewis
       LEWIS, BABCOCK & GRIFFIN, L.L.P.
       PO Box 11208
       Columbia, SC 29211
       (803) 771.8000

Page 3 of 4

E. Bart Daniel
Seven State Street
Charleston, SC 29401
(843) 722.2000

Daniel M. Mulholland III
HORTY, SPRINGER & MATTERN, P.C.
4614 Fifth Avenue
Pittsburgh, PA 15213
(412) 687.7677

Attorneys for Defendant Tuomey
Healthcare System, Inc.

March 5, 2014
Columbia, SC